UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON TYRONE JACKSON, | ) | CASE NO. CV 14-2673-CAS (PJW) |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY PETITION |
| | ) | SHOULD NOT BE DISMISSED |
| v. | ) | |
| | ) | |
| JURY SENTENCE, | ) | |
| | ) | |
| Respondent. | ) | |

On April 9, 2014, Petitioner filed a Petition for Writ of Habeas Corpus, apparently seeking to challenge a 2002 conviction in Los Angeles Superior Court for murder, residential burglary, and robbery, and resultant sentence of life without parole. (Petition at 2.) Petitioner states that he is "trying to find a release date" and claims that the court staff subjected him to cruel and unusual punishment in failing to deal with his mental illness during his trial and that he did "not know what was going on in the courtroom." (Petition at 2, 3.)

For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred. State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of

limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final on January 31, 2006--90 days after the California Supreme Court denied his petition for review and the time expired for him to a petition for writ of certiorari in the United States Supreme Court. *See, e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). Therefore, the statute of limitations expired one year later, on January 31, 2007. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until April 9, 2014, more than seven years after the deadline.

IT IS THEREFORE ORDERED that, no later than **May 14, 2014,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED:   April 14, 2014

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\JACKSON, J 2673\OSC dismiss pet.wpd