FILED
CLERK, U.S. DISTRICT COURT

AUG 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TYRONE JACKSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JURY SENTENCE,<br><br>　　　　Respondent. | CASE NO. CV 14-2673-CAS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 20, 2014.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JACKSON, J 2673\Judgment.wpd